FILED  
United States Court of Appeals  
Tenth Circuit

May 15, 2015

**Elisabeth A. Shumaker**  
**Clerk of Court**

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

---

| | |
|---|---|
| JAMES P. TENNILLE, et al., | |
| Plaintiffs - Appellees, | |
| v. | No. 13-1310 |
| THE WESTERN UNION COMPANY, et al., | |
| Defendants - Appellees. | |
| ----------------------------- | |
| SIKORA NELSON, | |
| Objector - Appellant. | |

---

## ORDER

---

Before **LUCERO**, **EBEL**, and **HOLMES**, Circuit Judges.

---

This matter is before the court on Appellant Sikora Nelson's Petition for Panel Rehearing and Rehearing *En Banc*. The Appellees are directed to file a response to the Petition on or before May 29, 2015.

Entered for the Court

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk